ACCEPTED
04-15-00387-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/21/2015 2:09:05 PM
KEITH HOTTLE
CLERK



**Bexar County Public Defender's Office**
101 W. Nueva ⬥ Paul Elizondo Tower – Suite 310 ⬥ San Antonio, TX 78205-3440
Phone: (210) 335-0701 ⬥ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/21/2015 2:09:05 PM
KEITH E. HOTTLE
Clerk

July 21, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

      Re:      Benjamin Erickson v. State of Texas
                 Appeal No. 04-15-00387-CR & 04-15-00388-CR
                 Cause No. 2015-CR-3805 & 2015-CR-3807

To the Honorable Court of Appeals:

      Pursuant to Tex. R. App. P. 48.4 (West 2013), I hereby certify that I have notified the Appellant, Benjamin Erickson, of his right to file a *pro se* petition for discretionary review. I have included a copy of the opinion and the judgment with my letter to Mr. Erickson. The notification was sent by certified mail, return receipt requested. A copy of the return receipt is attached to this letter. The undersigned attorney supplies the Court with the following information about this case:

      Appellate attorney:  Richard B. Dulany, Jr. (SBN:06196400)
      Date of Opinion and Judgment: July 15, 2015
      Date notification mailed to Appellant: July 15, 2015
      Certified mail number: 7012 1640 0002 4217 9604
      Date return receipt received by the undersigned attorney: July 20, 2015

                 Sincerely yours,

                 RICHARD B. DULANY, JR.
                 Appellate Public Defender

Attachment
/cmb

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BENSAMAN ERICKSON
#0200 3867
GARZA WEST UNIT
4250 HWY 202
BEEVILLE TX 78102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _K. Gonzalez_

☐ Agent
☐ Addressee

B. Received by (Printed Name)

K Gonzalez

C. Date of Delivery

2-17-15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☑ Certified Mail®
- ☐ Registered
- ☐ Insured Mail
- ☐ Priority Mail Express™
- ☐ Return Receipt for Merchandise
- ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7012 1640 0002 4217 9604

PS Form 3811, July 2013    Domestic Return Receipt

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

BEXAR COUNTY PUBLIC DEFENDER
101 W. NUEVA, STE 370
SAN ANTONIO TX 78205

205340699